No. 93–1128. BROWN, SECRETARY OF VETERANS AFFAIRS *v.* GARDNER. C. A. Fed. Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 93–1286. AMERICAN AIRLINES, INC. *v.* WOLENS ET AL. Sup. Ct. Ill. Motion of Air Transport Association of America for leave to file a brief as *amicus curiae* granted. Certiorari granted.

No. 93–7407. O'NEAL *v.* MCANINCH, WARDEN. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 2 presented by the petition.

No. 93–1055. SHANE *v.* RESOLUTION TRUST CORPORATION, AS RECEIVER OF MERCURY SAVINGS & LOAN ASSN. C. A. 9th Cir. Certiorari denied.

No. 93–1062. RECALL '92, INC., ET AL. *v.* EDWARDS, GOVERNOR OF LOUISIANA, ET AL. C. A. 5th Cir. Certiorari denied.

No. 93–1070. SKIPPER, SHERIFF OF MULTNOMAH COUNTY *v.* REUTER. C. A. 9th Cir. Certiorari denied.

No. 93–1124. ARKANSAS PEACE CENTER ET AL. *v.* ARKANSAS DEPARTMENT OF POLLUTION CONTROL AND ECOLOGY ET AL. C. A. 8th Cir. Certiorari denied.

No. 93–1198. ROSS ET AL. *v.* ZVI TRADING CORP. EMPLOYEES' MONEY PURCHASE PENSION PLAN AND TRUST ET AL.; and
No. 93–1357. ZVI TRADING CORP. EMPLOYEES' MONEY PURCHASE PENSION PLAN AND TRUST ET AL. *v.* ROSS ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–1278. COUNTY OF BERKS, PENNSYLVANIA, ET AL. *v.* MURTAGH ET AL. Sup. Ct. Pa. Certiorari denied.